JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SPIREON, INC., a Tennessee corporation, | Case No.: 8:17-cv-2174-AG (JDEx) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| AMERICANIZED BENEFIT CONSULTANTS, LTD., a Texas limited company; and BRANDON BOEHM, an individual, | Complaint Filed: December 13, 2017 |
| Defendants. | |

| | |
|---|---|
| 1 | Pursuant to the parties' Stipulation to Dismiss With Prejudice, and good |
| 2 | cause appearing therefore, |
| 3 | |
| 4 | IT IS HEREBY ORDERED that the above-referenced action between |
| 5 | Plaintiff Spireon, Inc. and Defendants Americanized Benefits Consultants, Ltd and |
| 6 | Brandon Boehm including all claims and counterclaims, is hereby dismissed with |
| 7 | prejudice, pursuant to the terms of a confidential settlement agreement. |

**IT IS SO ORDERED**.

DATED: __1/7/2019_____        By: _____

                                                              **ANDREW J. GUILFORD**
                                                              United States District Judge